IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> FRANKLIN HARRIS, Relator ) <br> ) <br>     Plaintiffs, ) <br> ) CIVIL ACTION NO. 1:14-CV-309-WHA <br> v. ) <br> ) (wo) <br> COLEMAN AMERICAN MOVING ) <br>  SERVICES, INC., d/b/a COVAN ) <br> WORLDWIDE MOVING SERVICES, ) <br> INC., and COLEMAN WORLD ) <br> GROUP, LLC ) <br> ) <br>     Defendants. ) | |

## **ORDER**

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS HEREBY ORDERED that,

1. The complaint be unsealed and promptly served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal, except to the extent the Court has already permitted a partial unsealing, and not be made public or served upon the defendants, except for this Order and the Notice Of The United States That It Is Not Intervening At This Time, both of which the relator will serve upon the defendants only after service of the complaint, and the Order setting oral argument on the pending Motion to Transfer (Doc. #49), which shall be served upon the defendants by the

United States in sufficient time for the defendants to make an election whether they wish to appear and to participate in the oral argument set for August 11, 2015;

    3.  The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

    4.  The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5.  The parties shall serve all notices of appeal upon the United States;

    6.  All orders of this Court will be sent to the United States; and that

    7.  Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

    SO ORDERED this the 29th day of July, 2015.

                                      /s/ W. Harold Albritton  
                                      W. HAROLD ALBRITTON  
                                      Senior United States District Judge